1  ISMAIL J. RAMSEY (CABN 189820)
   United States Attorney
2  MICHELLE LO (NYRN 4325163)
   Chief, Civil Division
3  ELIZABETH KURLAN (CABN 255869)
   Assistant United States Attorneys
4
5      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102-3495
       Telephone: (415) 436-7298
6      Facsimile: (415) 436-6748
       Elizabeth.Kurlan@usdoj.gov
7
   Attorneys for Defendant
8
                           UNITED STATES DISTRICT COURT
9
                          NORTHERN DISTRICT OF CALIFORNIA
10
                                SAN FRANCISCO DIVISION
11

12  DONGHANG XIE,
                                                 C 3:23-cv-02344 LB
13              Plaintiff,

14         v.                                    **STIPULATION TO STAY PROCEEDINGS;
                                                 ORDER**
15  UNITED STATES CITIZENSHIP AND
    IMMIGRATION SERVICES,
16
                Defendants.
17

18     The parties, through their undersigned attorneys, hereby stipulate and respectfully request the

19  Court to stay proceedings in this case for a limited time, until February 1, 2024.  The parties make this

20  joint request because they are pursuing an administrative resolution that may render further litigation of

21  this case unnecessary.

22     Plaintiff filed this mandamus action seeking adjudication of his Form I-589, Application for

23  Asylum and Withholding of Removal.  United States Citizenship and Immigration Services ("USCIS")

24  scheduled an interview for Plaintiff for October 4, 2023.  USCIS will work diligently towards

25  completing adjudication of the I-589 application, absent the need for further adjudicative action or

26  unforeseen circumstances that would require additional time for adjudication.

27     Accordingly, the parties stipulate and request that the proceedings in this case be stayed until

28

Stip to Stay Proceedings
C 3:23-cv-02344 LB                               1

February 1, 2024, at which time the parties will file a joint status report with the Court. At that time, the parties may request a further continuance of the stay of proceedings, dismissal of the litigation if appropriate, or placement of the case back on the Court's active docket. A stay of proceedings in this case will benefit the parties and conserve the Court's resources while the parties pursue a potential administrative resolution.

Dated: June 29, 203                    Respectfully submitted,[1]

                                             ISMAIL J. RAMSEY
                                           United States Attorney

                                           /s/ Elizabeth D. Kurlan
                                           ELIZABETH D. KURLAN
                                           Assistant United States Attorney
                                           Attorneys for Defendants

Dated: June 29, 203

                                           /s/ Han Shu
                                           HAN SHU
                                           Attorney for Plaintiff

## ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Date: June 30, 2023

                                           LAUREL BEELER
                                           United States Magistrate Judge

---

[1] In accordance with Civil Local Rule 5-1(h)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.